IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>HELIODORO GOMEZ-VALDEZ,  )<br>  )<br>Defendant.  ) | Case No. 4:10CR3100 |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Extend the Deadline for Filing Pretrial Motions, filing 20, from November 19, 2010, until December 3, 2010. The Court, being fully advised in the premises, and noting that the Government has no objection, finds said motion should be granted.

IT IS THEREFORE ORDERED that Mr. Gomez-Valdez shall file any pretrial motions in the above captioned matter no later than Friday, December 3, 2010. This Court further finds that, based upon the showing set forth in defendant's Motion, the ends of justice will be served by extending the deadline for filing pretrial motions. Further, that taking such action outweighs the best interests of the public and Mr. Gomez-Valdez in a speedy trial. Accordingly, the time from November 19, 2010, until December 3, 2010, shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A).

Dated this 19th day of November, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
The Honorable Cheryl R. Zwart
United States Magistrate Judge