IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3100 |
| | ) | |
| v. | ) | |
| | ) | |
| HELIODORO GOMEZ VALDEZ, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

After conferring with counsel and the defendant, discussing the defendant's ongoing health issues, and communicating with the government's counsel regarding the current and projected unavailability of one of its key witnesses,

IT IS ORDERED:

1) The trial of this case is set to commence before the Honorable Richard G. Kopf at 9:00 a.m. on July 18, 2011, or as soon thereafter as the case may be called, for a duration of four (4) trial days, in Courtroom 1, United States Courthouse, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

2) Based upon the representations of counsel, the Court further finds that the purposes served by extending the trial setting for this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and July 18, 2011 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(1)(A) & (h)(3)(A).

DATED this 9th day of May, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge