IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:10CR3100 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HELIODORO GOMEZ VALDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 55) is granted, as follows:

    Plaintiff shall have until October 12, 2011, to respond to Defendant's objection to the Magistrate Judge's findings and recommendation (filing 52). The enlargement of time shall be excluded from any speedy trial calculations pursuant to 18 U.S.C. § 3161(h)(1)(D) (delay resulting from any pretrial motion).

    October 5, 2011.                        BY THE COURT:

                                                    *Richard G. Kopf*
                                            United States District Judge