IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CASE NO: 4:10cr3100 |
| Plaintiff,  ) | |
| ) | ORDER |
| ) | TO WITHDRAW EXHIBITS |
| vs.  ) | OR TO SHOW CAUSE WHY |
| ) | EXHIBITS SHOULD NOT BE |
| ) | DESTROYED |
| HELIODORO GOMEZ VALDEZ,  ) | |
| Defendant.  ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties, shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Exhibit number: All exhibits

Hearing type: Suppression Hearing

Date of hearing: August 12, 2011

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

July 29, 2014                                      BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge